JOHN D. DAILEY AND DE WITT C. IVINS, Respondents, *v.*
STANDARD SHIPBUILDING CORPORATION, Appellant.

First Department, October 26, 1917.

**Pleading — complaint — action to recover moneys earned and
prospective damages — causes must be separately stated and
numbered.**

A complaint which seeks to recover moneys earned under a contract, the
performance of which was prevented by the defendant, and also damages
suffered and prospective profits lost by the defendant's breach, states
two causes of action which must be separately stated and numbered.
But all the damages alleged to have been caused by the breach may be
properly included in a single count.

APPEAL by the defendant, Standard Shipbuilding Cor-
poration, from an order of the Supreme Court, made at the
New York Special Term and entered in the office of the clerk
of the county of New York on the 18th day of September,
1917, denying its motion to require plaintiffs separately to
state and number their causes of action.

*Francis C. Nickerson,* for the appellant.

*Mark Ash,* for the respondents.

SCOTT, J.:

Plaintiffs' action is based upon a contract with defendant
for filling in certain premises at Shooter's Island, New York.
It is alleged that plaintiffs entered upon the performance of
the contract on November 13, 1916, and continued to perform
it until August 6, 1917, when they were stopped by defendant
and prevented from further performing. They now sue in
one count for moneys earned while they were engaged in the
performance of the contract, and for damages suffered and
profits prevented by reason of defendant's acts in preventing
further performance after August 6, 1917.

It is obvious that the complaint contains two causes of
action, one for moneys earned under the contract, and another
for damages suffered by reason of its breach. These should
be separately stated and numbered. (*Smith Bros., Inc.,* v.

First Department, October, 1917. [Vol. 179.

*Stern,* 148 N. Y. Supp. 1; *Perry* v. *Dickerson,* 85 N. Y. 345.) All the damages alleged to have been caused by the breach may be properly included in a single count.

The order appealed from will, therefore, be reversed, with ten dollars costs and disbursements, and the motion granted to the extent indicated.

CLARKE, P. J., DOWLING, SMITH and PAGE, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted to extent indicated in opinion. Order to be settled on notice.